**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR252** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JADEN STUART,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [36]. For the reasons set forth in motion, the undersigned magistrate judge finds good cause for the requested continuance.  Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [36] is granted, as follows:

1.  The jury trial, now set for May 7, 2024, is continued to **July 9, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 9, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **Any party objecting to this order must file a Statement of Objections to Magistrate Judge's Order on or before May 6, 2024, in accordance with NECrimR 59.2(a).**

**DATED:  April 29, 2024.**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**